**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUZE BOX,

        Plaintiff(s),

    v.

ACISION B.V.,

        Defendant(s).

_____/

No. C-14-01376 DMR

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE**

The court is in receipt of the Plaintiff's notice of settlement and request to vacate the Case Management Conference, [Docket No. 29].  The request is granted.  The Initial Case Management Conference previously scheduled for August 13, 2014 at 1:30 p.m. has been VACATED.  The parties shall submit a status report regarding the settlement of this matter by no later than **August 27, 2014.**

    IT IS SO ORDERED.

Dated:  July 25, 2014

_____
DONNA M. RYU
United States Magistrate Judge