UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUZE BOX,

    Plaintiff(s),

v.

ACISION BV,

    Defendant(s).

No. C-14-01376 DMR

**ORDER TO SUBMIT STATUS REPORT**

On August 27, 2014, the parties submitted a status report indicating that they were in the process of finalizing a settlement agreement and that they expected to finalize the agreement within 14 days. [Docket No. 32.] The parties are hereby ordered to submit a report regarding the status of this case by no later than September 26, 2014.

IT IS SO ORDERED.

Dated: September 19, 2014



DONNA M. RYU
United States Magistrate Judge