UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUZE BOX,  No. C-14-01376 DMR

    Plaintiff(s),  **SECOND ORDER TO SUBMIT STATUS REPORT**

    v.

ACISION BV,

    Defendant(s).
_____/

On September 26, 2014, the parties submitted a status report indicating that they were in the process of finalizing a settlement agreement and that they expected to finalize the agreement and file a request for dismissal within 30 days. [Docket No. 34.] The parties are hereby ordered to submit a report regarding the status of this case by no later than October 31, 2014.

IT IS SO ORDERED.

Dated: October 3, 2014

_____
DONNA M. RYU
United States Magistrate Judge